IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br>    Plaintiff | )<br>)<br>)<br>)<br>) |
| v. | )<br>)    CIVIL ACTION NO. 02-129 ERIE<br>) |
| REXNORD CORPORATION,<br>    Defendant | )<br>)<br>)<br>) |

### STIPULATED DISMISSAL ENTRY

Pursuant to Rule 41(A) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: ~~June~~ September 1, 2005

Respectfully submitted,

_____
Roger H. Taft
PA Bar ID No. 19983
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1498
Telephone: (814) 870-7603
Facsimile: (814) 454-4647

John D. Parker (Ohio Bar No. 0025770)
Terry M. Brennan (Ohio Bar No. 0065568)
BAKER & HOSTETLER, LLP
3200 National City Center
Cleveland, Ohio 44114-3485
Telephone:    (216) 621-0200
Facsimile:    (216) 696-0740

Attorneys for Plaintiff, General Electric Company

_____
William O. Martin, Jr. (CA Bar No. 135399)
Christopher I. Ritter (CA Bar No. 143473)
HAIGHT, BROWN & BONESTEEL, LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone:    (310) 215-7100
Facsimile:    (310) 215-7300

Attorneys for Defendant, Rexnord Corporation